No. 81–1718.  DEVEX CORP. ET AL. *v.* GENERAL MOTORS CORP., 456 U. S. 990.  Motion of petitioner Technograph, Inc., for leave to file petition for rehearing denied.

No. 83–676.  SAM RAYBURN DAM ELECTRIC COOPERATIVE, INC. *v.* UNITED STATES, 465 U. S. 1005.  Motion of petitioner for leave to file petition for rehearing denied.  JUSTICE BLACKMUN would grant this motion.

OCTOBER 10, 1985

No. 85–248.  CRAWFORD FITTING CO. ET AL. *v.* J. T. GIBBONS, INC.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 53.